

Lucia L. Marker-Moore
Tel 312.456.1054
Fax 312.456.8435
markermoorel@gtlaw.com

August 22, 2013

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Motion to Withdraw*
      *Melanie Walcott v. Chiro One Wellness Centers, LLC, Case No. Misc 13-628*

Dear Judge Chen:

I write to inform you that the underlying matter pending in the Northern District of Illinois has settled. The parties are in the process of finalizing a settlement agreement and filing a notice of voluntary dismissal. As such, we wish to withdraw the Motion to Compel filed in the Eastern District of New York on August 9, 2013, and close the matter. Please feel free to contact me if you have any questions.

Sincerely,

Lucia Marker-Moore
LMM

cc:   Julie Herrera, Esq.
      Richard Dvorak, Esq.

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY*
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV*
TYSONS CORNER
WARSAW*
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS
GREENBERG TRAURIG MAHER LLP
*OPERATES AS
GREENBERG TRAURIG, S.C.
*A BRANCH OF
GREENBERG TRAURIG, P.A.
FLORIDA, USA
*STRATEGIC ALLIANCE
*OPERATES AS
GREENBERG TRAURIG GRZESIAK SP.K.

CHI 63911398v1

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
77 West Wacker Drive ■ Suite 3100 ■ Chicago, IL 60601 ■ Tel 312.456.8400 ■ Fax 312.456.8435